## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GARY QUALLS,

    Plaintiff,

v.                         No. 1:23-cv-00175-MIS-KK

STEVEN JEREMY BURSE and
R & R TRANSPORTATION INC.,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Joint Motion to Dismiss with Prejudice entered concurrently herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE**.


_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

1